# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR 07-1269 ODW | Date | May 14, 2008 |
|---|---|---|---|

| Present: The Honorable | OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | |

| Raymond Neal | Not reported | Not present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 3. SUSANNE ELREDA | Not | | X | Not present | | | |

**Proceedings (In chambers):**  **Order Continuing Hearing on Defendant's Motion to Suppress Wiretap Evidence (Filed 5/11/08)**

The hearing on the above-referenced motion, presently scheduled for August 6, 2008 at 11:00 a.m., is hereby CONTINUED to **Monday, August 11, 2008 at 10:00 a.m.**

IT IS SO ORDERED.

                                                                                            :    00

                                                        Initials of Deputy Clerk    RGN